AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| United States of America | ) |
| *Plaintiff* | ) |
| v. | ) Case No. 1:21-mj-00610 |
| Cara Hentschel | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Cara Hentschel.

Date: 10/07/2021

/s/ Michelle M. Law
*Attorney's signature*

Michelle M. Law, Mo. Bar No. 45487
*Printed name and bar number*
Michelle M. Law
Assistant Federal Publid Defender
901 St. Louis Street, Suite 801
Springfield, MO 65806
*Address*

michelle_law@fd.org
*E-mail address*

(417) 873-9022
*Telephone number*

(417) 873-9035
*FAX number*